Composite Exhibit "1"

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**  Reg. No. 1,098,210
Registered Aug. 1, 1978

## TRADEMARK
Principal Register

## STAR TREK

Paramount Pictures Corporation (Delaware corporation)
1 Gulf+Western Plaza
New York, N.Y.  10023

For: BATHING SUITS, CAPS, COSTUMES, HATS, JACKETS, PANTS, PLAY SUITS, SHIRTS, SLEEP WEAR AND SWEATERS—in CLASS 25 (U.S. CL. 39).
First use Jan. 9, 1975; in commerce Jan. 9, 1975.

Ser. No. 107,055, filed Nov. 18, 1976.

R. PEVERADA, Examiner

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2026-01-22 14:26:21 EST |
| Mark: | STAR TREK |

**STAR TREK**

| | | | |
|---|---|---|---|
| US Serial Number: | 73107055 | Application Filing Date: | Nov. 18, 1976 |
| US Registration Number: | 1098210 | Registration Date: | Aug. 01, 1978 |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: |  | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| Status: | The registration has been renewed. | | |
| Status Date: | Aug. 10, 2018 | | |

### Mark Information

### Goods and Services

### Basis Information (Case Level)

### Current Owner(s) Information

### Attorney/Correspondence Information

### Prosecution History

### TM Staff and Location Information

### Assignment Abstract Of Title Information

**Summary**

Conveyance Filter

| | | | |
|---|---|---|---|
| Total Assignments: | 2 | Registrant: | PARAMOUNT PICTURES CORPORATION |

**Assignment 1 of 2**

| | | | |
|---|---|---|---|
| Conveyance: | ASSIGNS THE ENTIRE INTEREST | | |
| Reel/Frame: | 3231/0086 | Pages: | 10 |
| Date Recorded: | Jan. 20, 2006 | | |
| Supporting Documents: | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/3231/0086 | | |

**Assignor**

| | | | |
|---|---|---|---|
| Name: | PARAMOUNT PICTURES CORPORATION | Execution Date: | Dec. 21, 2005 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |

**Assignee**

| | |
|---|---|
| Name: | CBS STUDIOS INC. |

|   |   |   |   |
|---|---|---|---|
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | DELAWARE |
| Address: | 51 WEST 52ND STREET<br>NEW YORK , NEW YORK 10019 | | |

**Correspondent**

|   |   |
|---|---|
| Correspondent Name: | REBECCA BORDEN |
| Correspondent Address: | 1515 BROADWAY<br>NEW YORK, NY 10603 |

**Domestic Representative - Not Found**

### Assignment 2 of 2

|   |   |   |   |
|---|---|---|---|
| Conveyance: | CORRECTIVE ASSIGNMENT TO CORRECT THE RECEIVING PARTY'S ENTITY TYPE PREVIOUSLY RECORDED ON REEL 003231 FRAME 0086. ASSIGNOR(S) HEREBY CONFIRMS THE ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL. | | |
| Reel/Frame: | [3453/0409](#) | Pages: | 9 |
| Date Recorded: | Jan. 03, 2007 | | |
| Supporting Documents: | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/3453/0409 | | |

**Assignor**

|   |   |   |   |
|---|---|---|---|
| Name: | **PARAMOUNT PICTURES CORPORATION** | Execution Date: | Dec. 21, 2005 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |

**Assignee**

|   |   |   |   |
|---|---|---|---|
| Name: | **CBS STUDIOS INC.** | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |
| Address: | 51 WEST 52ND STREET<br>NEW YORK , NEW YORK 10019 | | |

**Correspondent**

|   |   |
|---|---|
| Correspondent Name: | MALLORY LEVITT |
| Correspondent Address: | 51 WEST 52ND STREET<br>NEW YORK, NY 10019 |

**Domestic Representative - Not Found**

**Proceedings - Click to Load**

Int. Cls.: **14 and 25**

Prior U.S. Cls.: **28 and 39**

**United States Patent and Trademark Office**  Reg. No. **1,464,519**
Registered Nov. 10, 1987

## TRADEMARK
### PRINCIPAL REGISTER



PARAMOUNT PICTURES CORPORATION (DELAWARE CORPORATION)
1 GULF+WESTERN PLAZA
NEW YORK, NY 10023

FOR: LAPEL PINS, IN CLASS 14 (U.S. CL. 28).
FIRST USE 7-0-1985; IN COMMERCE 7-0-1985.
FOR: CLOTHING; NAMELY, SHIRTS, SWEATSHIRTS, JACKETS AND PANTS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 9-13-1966; IN COMMERCE 7-0-1985.

THE MARK CONSISTS OF A DOUBLE PARABOLA ENCLOSING A DESIGN OF A STAR.

SER. NO. 622,948, FILED 9-29-1986.

ROBERT PEVERADA, EXAMINING ATTORNEY

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |

Generated on: This page was generated by TSDR on 2026-01-22 14:29:39 EST

Mark: 

| | | | |
|---|---|---|---|
| US Serial Number: | 73622948 | Application Filing Date: | Sep. 29, 1986 |
| US Registration Number: | 1464519 | Registration Date: | Nov. 10, 1987 |
| Register: | Principal | | |
| Mark Type: | Trademark | | |

TM5 Common Status Descriptor: 

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

| | |
|---|---|
| Status: | The registration has been renewed. |
| Status Date: | Sep. 28, 2017 |
| Publication Date: | Aug. 18, 1987 |

### Mark Information

### Goods and Services

### Basis Information (Case Level)

### Current Owner(s) Information

### Attorney/Correspondence Information

### Prosecution History

### TM Staff and Location Information

### Assignment Abstract Of Title Information

**Summary**

[Conveyance Filter]

| | | | |
|---|---|---|---|
| Total Assignments: | 2 | Registrant: | PARAMOUNT PICTURES CORPORATION |

**Assignment 1 of 2**

| | |
|---|---|
| Conveyance: | ASSIGNS THE ENTIRE INTEREST |
| Reel/Frame: | 3231/0086 |
| Pages: | 10 |
| Date Recorded: | Jan. 20, 2006 |
| Supporting Documents: | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/3231/0086 |

**Assignor**

| | | | |
|---|---|---|---|
| Name: | PARAMOUNT PICTURES CORPORATION | Execution Date: | Dec. 21, 2005 |

| | | | |
|---|---|---|---|
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | **CBS STUDIOS INC.** | | |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | DELAWARE |
| Address: | 51 WEST 52ND STREET<br>NEW YORK , NEW YORK 10019 | | |

**Correspondent**

| | |
|---|---|
| Correspondent Name: | REBECCA BORDEN |
| Correspondent Address: | 1515 BROADWAY<br>NEW YORK, NY 10603 |

**Domestic Representative - Not Found**

### Assignment 2 of 2

| | |
|---|---|
| Conveyance: | CORRECTIVE ASSIGNMENT TO CORRECT THE RECEIVING PARTY'S ENTITY TYPE PREVIOUSLY RECORDED ON REEL 003231 FRAME 0086. ASSIGNOR(S) HEREBY CONFIRMS THE ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL. |
| Reel/Frame: | **3453/0409**         Pages: 9 |
| Date Recorded: | Jan. 03, 2007 |
| Supporting Documents: | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/3453/0409 |

**Assignor**

| | | | |
|---|---|---|---|
| Name: | **PARAMOUNT PICTURES CORPORATION** | Execution Date: | Dec. 21, 2005 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | **CBS STUDIOS INC.** | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |
| Address: | 51 WEST 52ND STREET<br>NEW YORK , NEW YORK 10019 | | |

**Correspondent**

| | |
|---|---|
| Correspondent Name: | MALLORY LEVITT |
| Correspondent Address: | 51 WEST 52ND STREET<br>NEW YORK, NY 10019 |

**Domestic Representative - Not Found**

**Proceedings - Click to Load**



# STAR TREK

**Reg. No. 3,929,051**
**Registered Mar. 8, 2011**

**Int. Cl.: 21**

**TRADEMARK**

**PRINCIPAL REGISTER**

CBS STUDIOS INC. (DELAWARE CORPORATION)
51 WEST 52ND STREET
NEW YORK, NY 10019

FOR: HOUSEWARES, NAMELY, HOUSEHOLD CONTAINERS; DINNERWARE; BEVERAGE GLASSWARE; BEVERAGEWARE; REMOVABLE INSULATORS FOR DRINK CANS AND BOTTLES; LUNCH KITS CONSISTING OF LUNCH BOXES AND INSULATED CONTAINERS; TRAYS; PLASTIC CUPS; COOKIE JARS; PAPER CUPS; PAPER PLATES; MUGS; BOWLS; CANTEENS; COASTERS NOT OF PAPER AND NOT BEING TABLE LINEN; CORK SCREWS; CUPS; DECORATING BAGS FOR CONFECTIONERS; DECORATIVE CRYSTAL PRISMS; DECORATIVE GLASS NOT FOR BUILDING; DECORATIVE PLATES; DISHES; FIGURINES MADE OF CHINA, CRYSTAL, EARTHENWARE, GLASS, OR PORCELAIN; HEAT-INSULATED VESSELS; INSULATING SLEEVE HOLDERS FOR BEVERAGE CONTAINERS; NAPKIN HOLDERS; NAPKIN RINGS NOT OF PRECIOUS METALS; SPORTS BOTTLES SOLD EMPTY; SOAP DISHES; TEA KETTLES; TEA SETS; THERMAL INSULATED CONTAINERS FOR FOOD OR BEVERAGE; TRAYS NOT OF PRECIOUS METAL; TRIVETS; VACUUM BOTTLES; PLASTIC DISHES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-31-2006; IN COMMERCE 12-31-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,916,522, 3,517,591, AND OTHERS.

SN 77-636,989, FILED 12-19-2008.

KRISTIN DAHLING, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# LIVE LONG AND PROSPER

| | |
|---|---|
| **Reg. No. 4,522,229** | CBS STUDIOS INC. (DELAWARE CORPORATION) |
| **Registered Apr. 29, 2014** | 4024 RADFORD AVENUE<br>STUDIO CITY, CA 91604 |
| **Int. Cl.: 21** | FOR: LEATHER AND PLASTIC COASTERS; MUGS; CUPS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50). |
| **TRADEMARK** | FIRST USE 12-31-2005; IN COMMERCE 12-31-2005. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.<br><br>SN 85-111,039, FILED 8-19-2010.<br><br>KAREN K. BUSH, EXAMINING ATTORNEY |



Deputy Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,941,455**
**Registered Apr. 19, 2016**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

CBS STUDIOS INC. (DELAWARE CORPORATION)
4024 RADFORD AVENUE
STUDIO CITY, CA 91604

FOR: CLOTHING, NAMELY, T-SHIRTS, SWEATSHIRTS, JACKETS, CAPS, BATHING SUITS, BATHROBES, BELTS, SHORTS, COATS, SOCKS, FOOTWEAR, BANDANAS, SWEATERS, HALLOWEEN COSTUMES, MASQUERADE COSTUMES, DRESSES, GLOVES, NECK WEAR, PAJAMAS, PANTS, SHIRTS, SKI WEAR, UNDERWEAR, SCARVES, NECKTIES, HATS, SLIPPERS, SLEEPWEAR, HEAD WEAR, BOXER SHORTS, SUSPENDERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-1987; IN COMMERCE 12-31-1987.

OWNER OF U.S. REG. NO. 1,464,519.

THE MARK CONSISTS OF A DOUBLE PARABOLA ON TOP OF A CIRCLE OR RING.

SER. NO. 86-794,259, FILED 10-21-2015.

HENRY S. ZAK, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,941,456**
**Registered Apr. 19, 2016**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

CBS STUDIOS INC. (DELAWARE CORPORATION)
4024 RADFORD AVENUE
STUDIO CITY, CA 91604

FOR: CLOTHING, NAMELY, T-SHIRTS, SWEATSHIRTS, JACKETS, CAPS, BATHING SUITS, BATHROBES, BELTS, SHORTS, COATS, SOCKS, FOOTWEAR, BANDANAS, SWEATERS, HALLOWEEN COSTUMES, MASQUERADE COSTUMES, DRESSES, GLOVES, NECK WEAR, PAJAMAS, PANTS, SHIRTS, SKI WEAR, UNDERWEAR, SCARVES, NECKTIES, HATS, SLIPPERS, SLEEPWEAR, HEAD WEAR, BOXER SHORTS, SUSPENDERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-1967; IN COMMERCE 12-31-1967.

OWNER OF U.S. REG. NO. 1,464,519.

THE MARK CONSISTS OF A DESIGN OF A STAR INSIDE A DOUBLE PARABOLA.

SER. NO. 86-794,286, FILED 10-21-2015.

HENRY S. ZAK, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office